JAMIE L. DUPREE (SBN: 158105)
JAIME G. TOUCHSTONE (SBN: 233187)
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Defendants*
KNB RESTAURANTS, INC., LOUIS C. KIMBALL
and GERALD A. BUGAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAYLIGHT FOODS, INC., *Plaintiff,* <br><br> KNB RESTAURANTS, INC. t/a PLUTO'S, LOUIS C. KIMBALL and GERALD A. BUGAS, <br><br> *Defendants*. | Case No. 3:18-cv-03162-RS <br><br> **STIPULATION MODIFYING HEARING DATE AND BRIEFING SCHEDULE RE PLAINTIFF'S APPLICATION FOR PRELIMINARY RELIEF AND ORDER **AS MODIFIED BY THE COURT**** <br><br> Complaint Filed: May 29, 2018 |

In an Order Denying Request for Issuance of a TRO Without Notice, and Setting Briefing and Hearing Schedule filed on May 29, 2018 (Doc. No. 12), the Court stated that the parties were free to negotiate and agree to any briefing and hearing schedule extending the deadlines set by the Court on Plaintiff's application for preliminary relief.

## STIPULATION

The parties, by and through their counsel of record, hereby stipulate and agree that plaintiff's application for preliminary relief be heard at 10:00 a.m. on Friday, June 22, 2018, Courtroom 3 of the above-entitled court, located on the 17th Floor, 450 Golden Gate Avenue, San

Francisco, CA 94102.  Defendants shall file any opposition no later than noon on Wednesday, June 12, 2018.

    IT IS SO STIPULATED.

Dated: May 31, 2018

                    FUTTERMAN DUPREE DODD CROLEY MAIER LLP

                    By: /s/ Jamie L. Dupree
                          Jamie L. Dupree
                    *Attorneys for Defendants*
                    KNB RESTAURANTS, INC., LOUIS C. KIMBALL and GERALD A. BUGAS

Dated: May 31, 2018

                    LAW OFFICE OF MARION QUESENBERY

                    By: /s/ Jennifer A. Niles
                          Jennifer A. Niles
                    *Attorneys for Plaintiff*
                    DAYLIGHT FOODS, INC.

**ATTESTATION**

I, Jamie L. Dupree, hereby attest that concurrence in the filing of this Stipulation has been obtained from all counsel with conformed signatures above.

Dated: May 31, 2018

                    /s/ Jamie L. Dupree
                    Jamie L. Dupree
                    FUTTERMAN DUPREE DODD CROLEY MAIER LLP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/31/18

                    Honorable Richard Seeborg
                    Judge of the United States District Court
                    Northern District of California