JAMIE L. DUPREE (SBN: 158105)
JAIME G. TOUCHSTONE (SBN: 233187)
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
jdupree@fddcm.com
jtouchstone@fddcm.com

*Attorneys for Defendants*
KNB RESTAURANTS, INC., LOUIS C. KIMBALL
and GERALD A. BUGAS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAYLIGHT FOODS, INC., <br><br> *Plaintiff*, <br><br> KNB RESTAURANTS, INC. t/a PLUTO'S, LOUIS C. KIMBALL and GERALD A. BUGAS, <br><br> *Defendants*. | Case No. 3:18-cv-03162-RS <br><br> **NOTICE OF SETTLEMENT, STIPULATION TO CONTINUE CASE DEADLINES, AND [PROPOSED] ORDER** <br><br> Complaint Filed: May 29, 2018 |

The parties in this action have reached a settlement in principal and anticipate entering into a settlement agreement through which the case will be dismissed or judgment entered before July 31, 2018.

Defendants' opposition to the request for preliminary relief is due June 18, 2018.

Defendants' response to the complaint is due June 19, 2018.

A hearing on Plaintiff's request for preliminary relief is set for Friday, June 22, 2018, at 10:00 a.m.

In light of the pending settlement, and to avoid unnecessary legal fees and costs, the parties agree that the Friday, June 22, 2018 hearing be taken off calendar, and all other case deadlines be stayed until July 31, 2018, by which date, the parties anticipate having filed a

stipulation of dismissal or a stipulated judgment. If settlement has not been consummated by July 31, 2018, the parties will notify the Court accordingly.

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate and agree that the Friday, June 22, 2018 hearing be taken off calendar, and all other case deadlines be stayed until July 31, 2018.

The parties further stipulate and agree that by July 31, 2018, they will file a stipulation of dismissal, a stipulated judgment, or notify the Court that the settlement has not been consummated.

IT IS SO STIPULATED.

Dated: June 14, 2018  FUTTERMAN DUPREE DODD CROLEY MAIER LLP

By: /s/ Jamie L. Dupree
Jamie L. Dupree
*Attorneys for Defendants*
KNB RESTAURANTS, INC., LOUIS C. KIMBALL and GERALD A. BUGAS

Dated: June 14, 2018  LAW OFFICE OF MARION QUESENBERY

By: /s/ Jennifer A. Niles
Jennifer A. Niles
*Attorneys for Plaintiff*
DAYLIGHT FOODS, INC.

**ATTESTATION**

I, Jamie L. Dupree, hereby attest that concurrence in the filing of this Stipulation has been obtained from all counsel with conformed signatures above.

Dated: June 14, 2018

/s/ Jamie L. Dupree
Jamie L. Dupree
FUTTERMAN DUPREE DODD CROLEY MAIER LLP

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/14/18

_____
Honorable Richard Seeborg
Judge of the United States District Court
Northern District of California